# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**Z.D., a child with a disability,
individually and by his parent
and next friend, J.A.**

    vs.                                          **CASE NUMBER: 1:06-cv-1190
(FJS/DRH)**

**NISKAYUNA CENTRAL SCHOOL
DISTRICT**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is DENIED. This case is hereby closed.

All of the above pursuant to the Order of the Honorable Senior District Judge Frederick J. Scullin, dated the 19th day of June, 2009.

DATED: June 19, 2009

*Laurence K. Baum*
Clerk of Court

                                               s/
                                        Melissa Ennis
                                        Deputy Clerk